RICK D. ROSKELLEY, ESQ., Bar # 3192
ROGER L. GRANDGENETT II, ESQ., Bar # 6323
MONTGOMERY Y. PAEK, ESQ., Bar # 10176
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:        702.862.8811

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE GALLAWAY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:15-cv-02003-APG-GWF<br><br>**STIPULATION TO FURTHER STAY ALL PROCEEDINGS**<br><br>**SECOND REQUEST**<br><br>**ORDER** |

Plaintiff Michelle Gallaway ("Plaintiff"), by and through her counsel of record, and Defendant Barclays Bank Delaware ("Defendant"), by and through its counsel of record, submit the below stipulation to further stay all proceedings in the above-captioned matter.

On November 9, 2015, the Court signed a joint stipulation filed by the Parties (Doc. 9) to stay all proceeding until February 15, 2016, to grant the Parties time to participate in a mediation with mediator David Rottman.  Based upon schedules and availability of the Parties and Mr. Rottman, the Parties have scheduled the mediation with Mr. Rottman for March 17, 2016. Accordingly, to allow the Parties adequate time to engage in meaningful global settlement discussions to fully and finally resolve this dispute, pursuant to Local Rules 6-1 and 26-4, the Parties seek to further stay all proceedings in this matter to accommodate the scheduled mediation date of March 17, 2016.

The Parties have not engaged in any discovery; however, they are in the process of exchanging information which will be beneficial to reaching a global settlement. The Parties therefore stipulate and agree that:

1.     The above-captioned dispute shall be stayed from November 9, 2015, until March 25, 2016 (the "Stay Period");

2.     If the Parties do not resolve this dispute during the Stay Period and do not request an additional stay from the Court to continue settlement negotiation, the Parties agree that the following schedule shall be implemented:

a.     Plaintiff shall file an amended complaint, if any, fourteen (14) calendar days after the end of the Stay Period;

b.     The Parties shall file a proposed Discovery Plan and Scheduling Order within fourteen (14) calendar days after the filing of any amended complaint or the lifting of the stay, whichever is later;

3.     The statute of limitations shall be tolled commencing on November 9, 2015, and ending on the last day of the Stay Period (or any additional stay period) such that measurement of the statute of limitations applicable to any claim asserted under the Fair Labor Standards Act shall exclude the Stay Period;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1        4.      The Parties reserve all rights and defenses to which they are entitled as of the first

2    day of the Stay Period and this stipulation does not effect and is not intended to effect a waiver of

3    any such right or defense.

4        Dated this 19th day of January, 2016.

5

6    THIERMAN LAW FIRM, P.C.              LITTLER MENDELSON, P.C.

7        /s/ Joshua D. Buck                    /s/ Rick Roskelley
     Mark R. Thierman, Bar # 8285            Rick Roskelley, Bar No. 3192

8    Joshua D. Buck, Bar # 12187              Roger L. Grandgenett II,
     7287 Lakeside Drive                     Montgomery Y. Paek,
     Reno, Nevada 89511                   Kathryn B. Blakey,

9                                           3960 Howard Hughes Parkway, Suite 300

10                                          Las Vegas, Nevada  89169

11   *Attorneys for Plaintiff*                *Attorneys for Defendant*

12

13                                 **ORDER**

14

15       IT IS SO ORDERED January 20 _____, 2016.

16

17                          United States District Judge

18

19   Firmwide:138138345.1 067242.1012

20

21

22

23

24

25

26

27

28

-3-